RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Alexander Mitchell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER MITCHELL,<br><br>Defendant. | Case No. 2:20-cr-00310-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Alexander Mitchell, that the Sentencing Hearing currently scheduled on June 15, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Mitchell arrived to federal custody on June 9, 2021. Defense counsel needs additional time to review the Presentence Report with Mr. Mitchell and prepare for sentencing.

2. Mr. Mitchell is in custody and does not object to this continuance.

3. The parties agree to the continuance.

This is the first request for a continuance filed herein.

DATED this 11th day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER MITCHELL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00310-RFB-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Sentencing and Revocation Hearing currently scheduled on June 15, 2021 at the hour of 9:00 a.m., be vacated and continued to __July 29, 2021__ at the hour of __3__:__00__ __p__.m.

　　DATED this __10th__ day of June 2021.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE